IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL HURLEY,

       Plaintiff,

v.                           CASE NO.  1:14cv140-MW/GRJ

UNITED STATES OF
AMERICA, et al.,

       Defendants.

_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate's Report and Recommendation, ECF No.4, filed August 8, 2014, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 5, filed August 26, 2014. Accordingly

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(g)

1

because Plaintiff has three strikes."   The Clerk shall close the file.

**SO ORDERED on August 27, 2014.**

<u>s/Mark E. Walker</u>
**United States District Judge**
